# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL A. GORNICK SR,<br><br>    Plaintiff,<br><br>  v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. 1:06-cv-00296-AWI-DLB PC<br><br>ORDER FINDING SERVICE OF AMENDED COMPLAINT APPROPRIATE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS<br><br>(Doc. 12) |

  Plaintiff Paul A. Gornick Sr. ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on March 16, 2006. The Court has screened Plaintiff's amended complaint filed January 31, 2008 pursuant to 28 U.S.C. § 1915A and finds that service is appropriate.[1] Fed. R. Civ. P. 8(a); <u>Erickson v. Pardus</u>, 127 S.Ct. 2197, 2200 (2007); <u>Alvarez v. Hill</u>, 518 F.3d 1152, 1157-58 (9th Cir. 2008). Accordingly, it is HEREBY ORDERED that:

  1. Service shall be initiated on the following defendants:

      C/O PAYNE

      C/O DO CANTO

      C/O BRANDON

---

[1] In a Findings and Recommendations issued concurrently with this order, the Court recommended dismissal of the California Department of Corrections and Rehabilitation on the ground that it is immune from suit. The Court also recommended that defendants Smart, Bradbury, Kays and Frauenhiem be dismissed for plaintiff's failure to state a claim for relief as against them. Service shall be initiated against all other named defendants.

1

SGT. DICKS

WARDEN SCRIBLER

WARDEN SANCHEZ

2. The Clerk of the Court shall send Plaintiff six (6) USM-285 forms, six (6) summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the amended complaint filed January 31, 2007.

3. Within **thirty (30) days** from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

   a. Completed summons;

   b. One completed USM-285 form for each defendant listed above; and

   c. Seven (7) copies of the endorsed amended complaint filed January 31, 2007.

4. Plaintiff need not attempt service on Defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

Dated:   **August 25, 2008**             **/s/ Dennis L. Beck**
                                    UNITED STATES MAGISTRATE JUDGE