UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL GORNICK,<br><br>        Plaintiff,<br><br>  v.<br><br>PAYNE, et. al.,<br><br>        Defendant. | CV F- 06-0296 AWI DLB P<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DISMISSING CERTAIN DEFENDANTS<br><br>(Doc. 14) |

    Plaintiff Paul Gornick("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On August 26, 2008, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that any objection to the Findings and Recommendations was to be filed within thirty days. Plaintiff did not file a timely Objection to the Findings and Recommendations.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

///

///

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed August 26, 2008, is adopted in full; and
2. This action shall proceed only against defendants Payne, Brandon, Do Canto, Dicks, Sanchez and Scribler;
3. Defendant California Department of Corrections is dismissed from this action as it is immune from suit; and
4. Defendants Frauenhien, Kays, Smart and Bradbury are dismissed from this action for plaintiff's failure to state a claim upon which relief against them may be granted.

IT IS SO ORDERED.

**Dated:   October 29, 2008**                           **/s/ Anthony W. Ishii**
                                                         CHIEF UNITED STATES DISTRICT JUDGE