IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | | |
|---|---|---|
| PAUL A. GORNICK, SR. | ) | |
| | ) | |
| Plaintiff, | ) | 1:06-CV-0296 BLW |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| CALIFORNIA DEPARTMENT OF | ) | |
| CORRECTION, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Chief United States District Judge Anthony W. Ishii has reassigned this prisoner civil rights matter to the undersigned visiting judge. (Docket No. 22.) The Plaintiff has filed various motions that are now ripe. Accordingly, after being fully advised, the Court enters the following Order.

**ORDER**

NOW THEREFORE IT IS HEREBY ORDERED that Plaintiff's Ex Parte Motion for Assignment of Counsel (Docket No. 25) and Plaintiff's Motion for Appointment of Counsel (Docket No. 36) are DENIED without prejudice. Plaintiff has been able to articulate his claims sufficiently in this matter, and it is unclear at this point whether any of his claims are potentially meritorious.

IT IS FURTHER ORDERED that Plaintiff's Ex Parte Motion for

Continuance (Docket No. 26) is GRANTED to the extent that Plaintiff's "Counter Response" shall be deemed timely.

IT IS FURTHER ORDERED that Plaintiff's Motion to Attach the (9) Copies of Plaintiff's Declaration and Exhibits (A) through (M) to Court Record (Docket No. 27) is DEEMED MOOT to the extent that he wishes these documents to be part of the record; they have already been scanned on the Court's electronic docket. The Motion is DENIED to the extent that Plaintiff asks the Court to mail copies to the Defendants and others.

IT IS FURTHER ORDERED that the following pre-trial schedule shall govern this case:

1. **Disclosure of Relevant Documents:** On or before **April 24, 2009,** the parties shall provide each other with a copy of relevant documents in their possession, in a redacted form if necessary for security or privilege purposes; and, if necessary, they shall provide a security/privilege log sufficiently describing any undisclosed relevant documents which are alleged to be subject to nondisclosure. Any party may request that the Court conduct an in camera review of withheld documents or information.

2. **Amendment of the Pleadings and Joinder of Parties:** The deadline to amend the pleadings and to join parties is **May 15, 2009.** Although

this deadline precedes the general discovery deadline, the parties are directed to send out all discovery requests that might relate to amendment or joinder enough in advance of this amendment and joinder deadline to obtain the responses needed to make an informed decision on amendment and joinder.

3. **<u>Completion of Discovery</u>:** All discovery shall be completed on or before **June 12, 2009.** Discovery requests must be made far enough in advance to allow *completion* of the discovery in accordance with the applicable federal rules *prior* to this discovery cut-off date. The Court is not involved in discovery unless the parties are unable to work out their differences as to the discovery themselves.

4. **<u>Depositions</u>**: Depositions, if any, shall be completed on or before **June 12, 2009.** If Defendants wish to take the deposition of Plaintiff or other witnesses who are incarcerated, leave to do so is hereby granted. Any such depositions shall be preceded by ten (10) days' written notice to all parties and deponents. The parties and counsel shall be professional and courteous to one another during the depositions. The court reporter, who is not a representative of Defendants, will be present to record all of the words spoken by Plaintiff (or other deponent), counsel, and any other persons at the

deposition. If Plaintiff (or another deponent) wishes to ensure that the court reporter did not make mistakes in transcribing the deposition into a written form, then he can request the opportunity to read and sign the deposition, noting any discrepancies between what is transcribed and what he believes he said. If Plaintiff wishes to take depositions, he must file a motion requesting permission to do so, specifically showing his ability to comply with the applicable Federal Rules of Civil Procedure by providing the names of the proposed persons to be deposed, the name and address of the court reporter who will take the deposition, the estimated cost for the court reporter's time and the recording, and the source of funds for payment of the cost.

5. **Dispositive Motions:** All motions for summary judgment and other potentially dispositive motions shall be filed with accompanying briefs on or before **July 13, 2009.** Responsive briefs to such motions shall be filed within twenty-one (21) days after service of motions. Reply briefs, if any, shall be filed within ten (10) days after service of responses. **Neither party shall file supplemental responses, replies, affidavits, or other filings not authorized by the Local Rules without prior leave of Court. No motion or memorandum, typed or handwritten, shall exceed 20 pages in length.**



DATED: **March 10, 2009**

_____
Honorable B. Lynn Winmill
Chief U. S. District Judge