IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| PAUL A. GORNICK, SR., <br><br> Plaintiff, <br><br> vs. <br><br> CALIFORNIA DEPARTMENT OF CORRECTIONS, J. PAYNE, CANTO, BRANDON, SGT. K.A. DICKS, <br><br> Defendants. | Case No. 1:06-CV-296-BLW-LMB <br><br> **JUDGMENT** |

The Court entered an Order dismissing this action without prejudice.  Based upon that Order, and the Court being fully advised in the premises, IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff's entire case, including Plaintiff's Second Amended Complaint (Docket No. 12), is DISMISSED without prejudice.



DATED:  **March 24, 2010**

_____
Honorable B. Lynn Winmill
Chief U. S. District Judge

JUDGMENT  1