IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| PAUL A. GORNICK SR.,<br><br>          Plaintiff,<br><br>     v.<br><br>CALIFORNIA DEPT. OF CORRECTIONS, J. PAYNE, DOCANTO, BRANDON, SGT. DICKS, et al.,<br><br>          Defendants. | Case No. 1:06-CV-00296-BLW-LMB<br><br>**ORDER** |

Pending before the Court is the parties' Stipulation for Dismissal. (Dkt. 168.) Good cause appearing, **IT IS ORDERED** that this entire case is DISMISSED with prejudice, with each party to pay its own attorney fees and costs. **IT IS FURTHER ORDERED** that all pending motions (Dkt. 134, 151, 157, 162, 165) are DENIED as MOOT.

DATED: **April 16, 2012**

_____
Honorable B. Lynn Winmill
Chief U. S. District Judge

**ORDER- 1**