IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| PAUL A. GORNICK SR.,<br><br>               Plaintiff,<br><br>   v.<br><br>CALIFORNIA DEPT. OF CORRECTIONS, J. PAYNE, DOCANTO, BRANDON, SGT. DICKS, et al.,<br><br>               Defendants. | Case No. 1:06-CV-00296-BLW-LMB<br><br>**JUDGMENT** |

In accordance with the Order filed on this date, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that this case is dismissed with prejudice. Additionally, this case is hereby ordered closed.

DATED: **April 16, 2012**

_____
Honorable B. Lynn Winmill
Chief U. S. District Judge

**JUDGMENT - 1**